FITZGIBBONS BOILER COMPANY, INC., Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Others.

FITZGIBBONS BOILER COMPANY, INC., Appellant, *v.* BANKERS TRUST COMPANY, Respondent, Impleaded with Others.

Submitted February 24, 1942; decided March 5, 1942.

Motion for reargument and for a stay denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 326.)